Kathleen A. Meehk #122434
Pa Lai V. Lee #200380

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE
AREA CODE 209
432-5400

Attorneys for Plaintiff, VINCE WAVUE LEE

**LODGED**

OCT 27 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE WAVUE LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN VANG, a.k.a., XIA FONG VANG; BINGO GROCERY; and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No. CVF-99-6392 OWW DLB<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: October 27, 1999

BAKER, MANOCK & JENSEN

By _____
Pa Lai V. Lee
Attorneys for Plaintiff VINCE WAVUE LEE

::ODMA\GRPWISE\BMJDOM.FresDocs.PS4Lib:46735.1

It is so Ordered
Dated: 10-28-99

_____
United States District Judge

CLOSED
DATE: 10/29/99

NOTICE OF VOLUNTARY DISMISSAL

United States District Court
for the
Eastern District of California
October 29, 1999

* * CERTIFICATE OF SERVICE * *

1:99-cv-06392

Lee

   v.

Vang

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 29, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

OWW DLB

Kathleen A Meehan
Baker Manock and Jensen
Fig Garden Financial Center
5260 North Palm Avenue
Suite 421
Fresno, CA  93704-2209

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk